**Denied Opinion Filed September 22, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00219-CV

## IN RE TEKIN & ASSOCIATES, LLC, Relator

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01986-B**

## MEMORANDUM OPINION
Before Justices Osborne, Pedersen, III, and Goldstein
Opinion by Justice Pedersen, III

In its April 6, 2021 petition for writ of mandamus, relator challenges the trial court's August 31, 2020 order denying relator's Rule 91a motion to dismiss.

Based on our review of the petition and attached documents, we conclude that relator has failed to comply with several requirements set forth in Rule 52 of the Texas Rules of Appellate Procedure. Accordingly, we deny the petition for writ of mandamus.

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE

210219f.p05